No. 12–8389.  WOODS v. MARYLAND (two judgments).  Ct. Sp. App. Md.  Certiorari denied.

No. 12–8390.  WHITMAN v. BERGHUIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–8391.  WILSON v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–8401.  YOKELY v. HEDGPETH, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–8429.  BENNETT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–8430.  ANDERSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–8431.  ABPIKAR v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir. Certiorari denied.

No. 12–8449.  WORTHY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–8452.  BRANDAU v. PASTRANA, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 12–8453.  SESSIONS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–8466.  HAMMONDS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–8467.  ANDRADE-TORRES, AKA ESTRADA-MEDINA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–8468.  BRIS-SOTELO v. UNITED STATES; and MENDOZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–8469.  CRENSHAW v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–8471.  FLINT v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.